# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-483-FDW-DCK

| | |
|---|---|
| RIDGLEY PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EXTRA SPACE MANAGEMENT, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Remove And Replace Previously Filed Exhibits" (Document No. 7) filed October 31, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

Defendant's motion does not appear to comply with Local Rules 6.1 or 7.1(b).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Remove And Replace Previously Filed Exhibits" (Document No. 7) is **DENIED WITHOUT PREJUDICE**.

Signed: October 31, 2019

David C. Keesler
United States Magistrate Judge