# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-483-FDW-DCK

| | |
|---|---|
| **RIDGLEY PHILLIPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **EXTRA SPACE MANAGEMENT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Remove And Replace Previously Filed Exhibits" (Document No. 11) filed December 10, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Remove And Replace Previously Filed Exhibits" (Document No. 11) is **GRANTED**. The Clerk's Office is directed to substitute the documents as requested.

Signed: December 10, 2019

David C. Keesler
United States Magistrate Judge